UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATEO DUNNE<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS ADKINS *et al*.,<br><br>Defendants. | Civil Action No. ____________ |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Pursuant to 28 U.S.C. § 1442(a)(1), Defendants, Travis Adkins and Elisabeth Feleke, by and through undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon:

1. Defendants are in receipt of a Complaint in the case *Mateo Dunne v. Travis Adkins et. al.* 2026 CAB 005244, that was filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on July 28, 2026. The United States Attorney's Office has no record of receiving service of the summons and complaint in this action as would be required to effectuate service on officers or employees of the United States pursuant to Rule 4(i) of the Federal Rules of Civil Procedure ("FRCP"), and pursuant to Rule 4(i) of D.C. Superior Court Civil Procedure Rules. This notice is being filed on behalf of Defendants Adkins and Feleke in their official capacities and is filed without waiver of any defense or defenses that may be available to them in their individual capacities pursuant to FRCP 12 or otherwise, including, but not limited to, immunity from suit and lack of service. A copy of the Complaint is attached hereto as Exhibit A.

2. Defendants are officers of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1). Section 1442(a)(1) provides in relevant part that a

civil action commenced in state court may by removed by any defendant who is an officer of any agency of the United States sued in an official or individual capacity "for or relating to any act under color of such office."

3. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: September 25, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Samantha-Josephine Baker*
SAMANTHA-JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*